IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JAMES A. FOSTER and wife JUNE )
M. FOSTER, et al., )
　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　 )
v. ) NO. 05-1066 T/An
　　　　　　　　　　　　　　　　　　 )
AMERICAN DAIRY QUEEN CORP., )
　　　　　　　　　　　　　　　　　　 )
　　　　Defendant. )

## ORDER GRANTING MOTION FOR ADDITIONAL TIME WITHIN WHICH DEFENDANT MAY ANSWER OR OTHERWISE PLEAD

Before the Court is the Joint Motion for Additional Time Within Which Defendant May Answer or Otherwise Plead filed on April 14, 2005. For good cause shown, the Motion is **GRANTED**. Defendant shall have up to and including May 15, 2005 to answer or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___04-18-05___

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01066 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Theodore T. Kitai
BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Gregory Merz
GRAY PLANT MOODY
500 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402

Steve Greer
GREER & GREER
114 S. Poplar Street
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT