UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF TENNESSEE EASTERN DIVISION

JAMES A. FOSTER, AND WIFE,
JUNE M. FOSTER; FRANCES
VEAZEY and SECURITY BANK
& TRUST COMPANY

     PLAINTIFFS

V.                    CASE NUMBER: 1-05-1066-T An

AMERICAN DAIRY QUEEN
CORPORATION

     DEFENDANT

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)**:  June 21, 2005

**JOINING PARTIES:**

    **for Plaintiff:**  August 5, 2005

    **for Defendant:**  September 5, 2005

**AMENDING PLEADINGS:**

    **for Plaintiff:**  August 5, 2005

    **for Defendant:**  September 5, 2005

**COMPLETING ALL DISCOVERY:**  December 5, 2005

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**  December 5, 2005.

    (b)    **EXPERT DISCLOSURE:**

        (i)    **Plaintiff's experts:**  October 5, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __06-06-05__

13

    (ii)    **Defendant's Experts**: November 4, 2005

    (iii)    **Supplementation under Rule 26(e):** November 14, 2005

(c)    **DEPOSITIONS OF EXPERTS:** December 5, 2005

    **FILING DISPOSITIVE MOTIONS:** February 3, 2006

    **FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

    (i)    **for Plaintiff:** March 17, 2006

    (ii)    **for Defendant:** April 3, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial in this matter is expected to last two days and is SET for NON-JURY Trial on May 3, 2006, at 9:30 a.m..  A joint Pre-Trial Order is due on April 21, 2006.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12,56,59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

It is so ORDERED.

Enter this _02_ day of _June_ , 2005.

_S. Thomas Anderson_ USMJ
Judge

Steve Greer, BPR # 9782
Attorney for Plaintiffs

Gregory Merz, MN ATTY I.D 185942 with permission
Admitted *pro hac vice*
Attorney for Defendant

GP:1717425 v1

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01066 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Steve Greer
GREER & GREER
114 S. Poplar Street
Paris, TN 38242

Gregory Merz
GRAY PLANT MOODY
500 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402

Theodore T. Kitai
BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mary G. Burns
Henry County Chancery Court
Henry County Courthouse
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT